| | |
|---|---|
| 1 | WHITNEY A. DAVIS, #149523 |
| | **CHARTER DAVIS, LLP** |
| 2 | Attorneys at Law |
| | 1730 I Street, Suite 240 |
| 3 | Sacramento, California 95814 |
| | MAILING ADDRESS: |
| 4 | P.O. Box 15408 |
| | Sacramento, California 95851 |
| 5 | (916) 448-9000 |

Attorneys for The Viad Corporation
and The Dial Corporation

# UNITED STATES DISTRICT COURT
## IN AND FOR THE NORTHERN DISTRICT
## OF CALIFORNIA

ROBERT SIMS, )  Federal Court No. C 05 02498
                          )  State Court No. 428632
         Plaintiff,       )
                          )  **STIPULATION FOR REMAND 28**
     v.                   )  **U.S.C. 1447(c)**
                          )
AC and S, et al., including DOES 1 to 400, )
inclusive,                )
                          )
         Defendants.      )
                          )
_____ )

**TO THE JUDGE OF THE ABOVE-REFERENCED COURT:**

1. On June 20, 2005, Defendants, Viad Corp and The Dial Corporation removed this action to this Court pursuant to 28 U.S.C. sections 1442(a)(1) and 1446(a).

2. On or about June 24, 2005, the parties settled this matter and stipulated, subject to this court's approval, and with the understanding that no other party has appeared in this Federal Court Action, to remand of the subject action to the Superior Court of the State of California, County of San Francisco, Case No. 05-02498, to dismiss defendants Viad Corp and The Dial Corporation.

[Signatures to follow]

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

1

H:\Home\CLIENT\6691\00009\EAH0406.WPD

**STIPULATION FOR REMAND**

Dockets.Justia.com

Dated: June 24, 2005          By:     /S/ Steven M. Harowitz
                                      STEVEN M. HAROWITZ
                                      Harowitz & Tigerman
                                      Attorney for the Plaintiffs


                              By:     /S/ Whitney A. Davis
                                      WHITNEY A. DAVIS
                                      Charter Davis, LLP
                                      Attorneys for Defendants
                                      VIAD CORP and THE DIAL CORPORATION

**ORDER ON REMAND**

FOR GOOD CAUSE SHOWN, and pursuant to 28 U.S.C. 1447(c), this matter is hereby remanded to the Superior Court of the State of California, County of San Francisco, Case No. 05-02498.

June 24, 2005

*IT IS SO ORDERED*
*Judge William Alsup*

_____
Judge of the U.S. District Court
in and for the Northern District of California

Charter Davis LLP
Attorneys at Law
1730 I Street, #240
Sacramento, CA 95814
phone (916) 448-9000

2

H:\Home\CLIENT\6691\00009\EAH0406.WPD

**STIPULATION FOR REMAND**